73,076-05

CHEECKO GILBERT # 1502445

TDCJ _ID 1502445

ALLEN B POLUNSKY UNIT                    FEBUARY 24,2015

3872 fm 350 south

Livingston TEXAS 77351


ABELL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS OF TEXAS

P.O.BOX 123o8

AUSTIN TEXAS 78711


RE; SEEKING MOTION FOR LEAVE


MR. ABEL Acosta Clerk

Pleas bring this notice of motion of leave request to file the original;
application for writ of mandamus with this court a pro ce litigants ;
pleading are to be liberally construed;

Boag v Mcdougall 454 u.s.ct 594 1972/


Inmates pleading should be held to less stringent standards than those'
applied to lawyers; HUGHES V ROwa ,449 u.s. 5,9. 101 sct. 173.175.76 ]1972


please notify me of the date of recaipt and filling' Original application
for the writ of mandamus'        DATE -2- 24-2015 ;

THANK YOU FOR YOUR KIND ATTENION TO THIS MATTER

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015
Abel Acosta, Clerk

Sincerly